ANDREW T. BAXTER
Interim United States Attorney
Northern District of New York

Kimberly L. Schiro
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of the General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278
(212) 264-3650, Ext. 228
Fax: (212) 264-6372
Kimberly.Schiro@ssa.gov



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

----------------------------------------------------- x
STEVE V. ABBUHL,                       :
                                       :
             Plaintiff,                :     Hon. Norman A. Mordue, Chief Judge
                                       :     Hon. David R. Homer, M.J.
                                       :
     v.                                :     Civil Action No. 09-0108:
                                       :     CONSENT ORDER TO REMAND
COMMISSIONER OF                        :     PURSUANT TO SENTENCE 4 OF
SOCIAL SECURITY,                       :     42 U.S.C. § 405(g)
                                       :
             Defendant.                :
----------------------------------------------------- x

This matter having been opened to the Court by Andrew T. Baxter, United States Attorney for the Northern District of New York, and Kimberly Schiro, Special Assistant United States Attorney, attorneys for Defendant, for an Order remanding the within cause of action to the Defendant pursuant to sentence 4 of 42 U.S.C. § 405(g) so that further administrative action may be taken; and Plaintiff, through the undersigned attorney, having consented to the within order and the requested remand, and the Court having considered the matter,

IT IS on this 27 day of October 2009;

ORDERED that the final decision of the Commissioner be and hereby is REVERSED, and the matter is REMANDED to the Defendant for this further administrative action, and it is further

ORDERED that the within matter, be and hereby is, DISMISSED in accord with the decision in <u>Melkonyan v. Sullivan</u>, 501 U.S. 89 (1991).

                                        _____
                                        Norman A. Mordue, Chief Judge
                                        United States District Court

The undersigned hereby consent to the form and entry of the within order.

                              ANDREW T. BAXTER
                              Interim United States Attorney

By:    <u>s/ Kimberly L. Schiro</u>
          Kimberly L. Schiro
          Special Assistant U.S. Attorney


          <u>s/ Peter W. Antonowicz</u>
By:    Peter W. Antonowicz
          Attorney for Plaintiff