# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**STEVE V. ABBUHL**

    vs.                          **CASE NUMBER: 09-CV-108 (NAM/DRH)**

**COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Upon Stipulation of the parties, the final decision of the Commissioner be and hereby is REVERSED and the matter is REMANDED to the defendant for further administrative action. This matter is hereby DISMISSED in accordance with the decision in Melkonyan v. Sullivan, 501 U.S. 89 (1991).

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 27th day of October, 2009.

DATED: October 27, 2009

                                                   Clerk of Court

                                                   Joanne Bleskoski
                                                   Deputy Clerk